IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| THE UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Court No.  1:16-MC-32 |
| | ) | |
| TPL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

REGISTRATION OF COURT OF FEDERAL CLAIMS JUDGMENT

Plaintiff, the United States of America, hereby registers in this Court the attached certified Judgment from the United States Court of Federal Claims in case number 11-482C, hereto attached as Exhibit A, pursuant to 28 U.S.C. § 2508, which provides for the registration of judgments issued by the Court of Federal Claims in any judicial district.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

           /s/
Electronically filed June 8, 2016
STEPHEN R. KOTZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103-0607
(505) 224-1464
(505) 348-6884 (Facsimile)
E-mail: steve.kotz@usdoj.gov