# In the United States Court of Federal Claims

No. 11-482 C

TPL, INC.

v.                                                            **JUDGMENT**

THE UNITED STATES

Pursuant to the court's Opinion and Order, filed September 16, 2014, granting defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant in the amount of $11,887,509.72, plus interest, calculated pursuant to section 1709 of the Contract Disputes Act.

                                             Hazel C. Keahey
                                             Clerk of Court

**September 17, 2014**               By:      s/ Debra L. Samler

                                             Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.



ECF DOCUMENT
A TRUE COPY:
TEST: APR 29 2015
Hazel C. Keahey
Clerk, U.S. Court of Federal Claims
By: [signature]
Deputy Clerk



GOVERNMENT EXHIBIT A

# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TPL, INC. <br> *Plaintiff* <br> v. <br> THE UNITED STATES <br> *Defendant* | Civil Action No. 11-482 C |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *09/17/2014*.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 04/29/2015

*Hazel C. Keahey*
*Clerk of Court*

By: _____
*Deputy Clerk*